# MAZZOLA LINDSTROM LLP

Jean-Claude Mazzola
jeanclaude@mazzolalindstrom.com

D: 646.216.8585
M: 646.250.6666

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/27/2020

**MEMO ENDORSED**

May 26, 2020

**VIA ECF ONLY**

Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE:     1:20-cv-02904-VEC Zhejiang Jinko Solar Co. Ltd. v. Thesan USA Corp.**

Dear Judge Caproni:

I represent the plaintiff, Zhejiang Jinko Solar, in the captioned. I commenced this action by filing the complaint on April 8, 2020. (ECF #1). I have not yet completed service of the complaint.

On April 13, 2020, you noticed this matter for an Initial Pre-Trial Conference to be held this Friday, May 29, 2020 (ECF #3). Your notice ordered that a preconference submission be made on Thursday May 21, 2020 which I did not do.

Although, the defendant has not yet appeared, I have been in regular contact with counsel for the defendant, Gina Piazza. I believed and do believe that we have reached a settlement. As I advised via email with your law clerk, we were very close to finalizing the written agreement, at which time I would have filed a notice of dismissal. Ms. Piazza, very graciously, shared with me a defect in the proposed settlement agreement that would have impacted my client's ability to enforce the settlement. I am now working with Ms. Piazza to correct the terms of the settlement agreement and do expect that it will be finalized shortly.

Please adjourn the IPTC until Friday, June 26, 2020 to allow for the settlement of this matter to be completed. I expect that will be done within the next three weeks and a notice of dismissal will be filed. This is the first request for an adjournment. Ms. Piazza has not been consulted on this request but will be copied on this letter via email.

Respectfully yours,

Jean-Claude Mazzola

cc:   Gina Piazza, Esq.

Application GRANTED. The IPTC teleconference is adjourned to **June 26, 2020, at 10:30 a.m.** The parties' joint letter and proposed CMP are due not later than **June 18, 2020**.

SO ORDERED.

*Valerie Caproni*
5/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE