MAZZOLA LINDSTROM LLP
1350 Avenue of the Americas, 2nd Floor
Tel: (646) 216-8585
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| ZHEJIANG JINKO SOLAR CO. LTD., | 1:20-cv-02904-VEC |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| -against- | |
| THESAN USA CORP. | |
| Defendant. | |

-------------------------------------------------------------------x

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Civ. P. 41(a), by the undersigned attorney of record, that the above-captioned proceeding be, and hereby is, dismissed against defendant Thesan USA Corp.

Dated:  New York, New York
          June 19, 2019

                                                            MAZZOLA LINDSTROM LLP

                                                            _____
                                                            Jean-Claude Mazzola
                                                            1350 Avenue of the Americas, 2nd Floor
                                                            New York, New York 10019
                                                            Tel: (646) 216-8585
                                                            jeanclaude@mazzolalindstrom.com
                                                            *Attorneys for Plaintiff*

1